IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANGEL MENSER,
Plaintiff,

v.

Case No. 19–CV–00091–JPG–GCS

ANDREW M. SAUL,
Commissioner of Social Security,
Defendant.

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner of Social Security's decision to deny Plaintiff Angel Menser's application for disability insurance benefits and Social Security Income is **AFFIRMED**.

**Dated: Monday, April 6, 2020**          **MARGARET M. ROBERTIE**
                                          **CLERK OF COURT**

                                          **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**